Argued September 21, affirmed September 21, petition for
rehearing denied October 17, petition for
review denied December 12, 1972

## STATE OF OREGON, *Respondent, v.*
## CHARLES WATTS (No. 14-332), *Appellant.*

500 P2d 1215

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.